STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. JOHN FITZPATRICK, DEFENDANT-PETITIONER.

*Mr. Peter Murray* and *Miss Cynthia M. Jacob* for the petitioner.

*Mr. Vincent P. Keuper, Mr. Thomas L. Yaccarino* and *Mr. Ronald B. Rosen* for the respondent.

July 8, 1968. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. VINCENT J. CANNARA, a/k/a VINCENT LEMBO, DEFENDANT-PETITIONER.

*Mr. Charles Frankel* and *Mr. Paul J. Feldman* for the petitioner.

*Mr. Vincent P. Keuper, Mr. Thomas L. Yaccarino* and *Mr. Ronald R. Rosen* for the respondent.

July 8, 1968. Granted.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. GEORGE DELOS SANTOS, DEFENDANT-PETITIONER.

*Mr. Peter Murray* and *Mr. Michael Blacker* for the petitioner.

*Mr. Joseph P. Lordi* and *Mr. Robert A. Baime* for the respondent.

July 8, 1968. Denied.